IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )      4:03CR3128
                                )
      v.                        )
                                )
WENDY ESQUIVEL,                 )      ORDER
                                )
            Defendant.          )
_____)
```

IT IS ORDERED that a hearing on plaintiff's motion and request for hearing pursuant to Rule 35(b) (Filing No. 45) is scheduled for:

**Friday, February 3, 2006, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

DATED this 26th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court